IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-00976-DDD-STV

ABDALLAH ALHASSAM,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; GEORGE VALDEZ, Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement; and JUAN BALTAZAR, Warden of Denver Contract Detention Facility, in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed July 1, 2026, and the Order, entered July 20, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 20th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk